# Exhibit B

EEOC CDO Received 2/27/2024

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ EEOC<br>☐ FEPA | Agency(ies) Charge No(s):<br>440-2024-04824 |
|---|---|---|

**Illinois Department Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)<br>Christina Puente | Home Phone<br>■■■■ | Year of Birth<br>■■■■ |
|---|---|---|

Street Address
■■■■

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>FAVORITE HEALTHCARE STAFFING, LLC | No. Employees, Members<br>501+ Employees | Phone No.<br>(888) 427-7019 |
|---|---|---|

Street Address
9800 METCALF AVE # 4
OVERLAND PARK, KS 66212

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address — City, State and ZIP Code

| DISCRIMINATION BASED ON<br>Retaliation, Sex | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: 07/01/2023    Latest: 10/25/2023 |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent in or around May 2023. My most recent position was Site Captain. During my employment, I engaged in protected activity. Subsequently, I was subjected to harassment and denied training. I complained to Respondent. On or about October 25, 2023, I was discharged.

I believe that I have been discriminated against because of my sex, female, and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

02/27/2024    *(Charging Party Signature)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT
SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Page 1 of 2